395 A.2d 962

Commonwealth v. Arbolaez, Appellant.

Argued September 12, 1978. Walter Michael Dinda, for appellant; L. Kaplan, Assistant District Attorney, with him Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Judgment of sentence affirmed.